Ex. A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| GUARDIAN HEALTH<br>SERVICES, LLC, *et al.*,<br><br>Plaintiffs,<br>-vs-<br><br>MICHELLE RENEE HUNTER, *et al.*,<br><br>Defendants. | CASE NO.: 1:04CV0420<br><br>JUDGE DONALD C. NUGENT<br><br>MAGISTRATE JUDGE VECCHIARELLI<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Civil Rule 41(a)(1)(ii), Plaintiffs, Guardian Health Services, LLC and Thomas G. Scheiman, and Defendants, Michelle R. Hunter, Dana Lyons, Yolanda Guzman, David Guzman, Tracy Williams, Nathaniel Eatman, and Carl Bartlett, hereby stipulate to the dismissal *with prejudice* of the claims in the Complaint and the Counterclaims in this action, with the parties to pay their own attorneys' fees, expenses, and costs.

Dated: April 14th, 2004
Cleveland, Ohio

**OF COUNSEL:**

**BENESCH, FRIEDLANDER,**
 **COPLAN & ARONOFF LLP**

Respectfully submitted,

_____
DAVID W. MELLOTT (0019485)
CRAIG L. MOORE (0063550)
ROBERT C. PSAROPOULOS (0067296)
2300 BP Tower, 200 Public Square
Cleveland, Ohio 44114-2378
Telephone: (216) 363-4500
Facsimile: (216) 363-4588
Email: dmellott@bfca.com;cmoore@bfca.com
rpsaropoulos@bfca.com

Attorneys for Plaintiffs Guardian Health Services,
LLC and Thomas G. Scheiman

_____
Michelle Renee Hunter (pro se)
9448 Lake Shore Blvd.
Cleveland, Ohio 44108-1043
(216) 426-6000
Fax (216) 426-0735


_____
Yolanda Guzman (pro se)
3665 Gridley Rd.
Shaker Heights, Ohio 44122
(216) 283-0159
yagp3733@yahoo.com


_____
David Guzman (pro se)
12000 Fairhill Boulevard, Apt. 723
Shaker Heights, Ohio 44120
(216) 231-7255
fax (216) 426-0735
djguzman88@hotmail.com

_____
Tracy Williams (pro se)
26851 Brush Avenue, Apt. C-3
Euclid, Ohio 44132
(216) 738-7097


_____
Dana R. Lyons (pro se)
9448 Lake Shore Blvd.
Cleveland, Ohio 44108-1043
(216) 426-6000
Fax (216) 426-0735


_____
Nathaniel Eatman (pro se)
1096 East 68th Street
Cleveland, Ohio 44103-1729


_____
Carl Bartlett (pro se)
25731 Farringdon Avenue
Euclid, Ohio 44132-1867
(216) 470-3919
cobartlettjr@aol.com

2

Michelle Renee Hunter (pro se)
9448 Lake Shore Blvd.
Cleveland, Ohio 44108-1043
(216) 426-6000
Fax (216) 426-0735

*/s/ pro se*

Yolanda Guzman (pro se)
3665 Gridley Rd.
Shaker Heights, Ohio 44122
(216) 283-0159
yagp3733@yahoo.com

*/s/*

David Guzman (pro se)
12000 Fairhill Boulevard, Apt. 723
Shaker Heights, Ohio 44120
(216) 231-7255
fax (216) 426-0735
djguzman88@hotmail.com

Tracy Williams (pro se)
26851 Brush Avenue, Apt. C-3
Euclid, Ohio 44132
(216) 738-7097

Dana R. Lyons (pro se)
9448 Lake Shore Blvd.
Cleveland, Ohio 44108-1043
(216) 426-6000
Fax (216) 426-0735

Nathaniel Eatman (pro se)
1096 East 68th Street
Cleveland, Ohio 44103-1729

Carl Bartlett (pro se)
25731 Farringdon Avenue
Euclid, Ohio 44132-1867
(216) 470-3919
cobartlettjr@aol.com

2

Michelle Renee Hunter (pro se)
9448 Lake Shore Blvd.
Cleveland, Ohio 44108-1043
(216) 426-6000
Fax (216) 426-0735

Tracy Williams (pro se)
26851 Brush Avenue, Apt. C-3
Euclid, Ohio 44132
(216) 738-7097

Yolanda Guzman (pro se)
3665 Gridley Rd.
Shaker Heights, Ohio 44122
(216) 283-0159
yagp3733@yahoo.com

Dana R. Lyons (pro se)
9448 Lake Shore Blvd.
Cleveland, Ohio 44108-1043
(216) 426-6000
Fax (216) 426-0735

David Guzman (pro se)
12000 Fairhill Boulevard, Apt. 723
Shaker Heights, Ohio 44120
(216) 231-7255
fax (216) 426-0735
djguzman88@hotmail.com

Nathaniel Eatman (pro se)
1096 East 68th Street
Cleveland, Ohio 44103-1729

Carl Bartlett (pro se)
25731 Farringdon Avenue
Euclid, Ohio 44132-1867
(216) 470-3919
cobartlettjr@aol.com

2

Michelle Renee Hunter (pro se)
9448 Lake Shore Blvd.
Cleveland, Ohio 44108-1043
(216) 426-6000
Fax (216) 426-0735

Yolanda Guzman (pro se)
3665 Gridley Rd.
Shaker Heights, Ohio 44122
(216) 283-0159
yagp3733@yahoo.com

David Guzman (pro se)
12000 Fairhill Boulevard, Apt. 723
Shaker Heights, Ohio 44120
(216) 231-7255
fax (216) 426-0735
djguzman88@hotmail.com

Tracy Williams (pro se)
26851 Brush Avenue, Apt. C-3
Euclid, Ohio 44132
(216) 738-7097

Dana R. Lyons (pro se)
9448 Lake Shore Blvd.
Cleveland, Ohio 44108-1043
(216) 426-6000
Fax (216) 426-0735

Nathaniel Eatman (pro se)
1096 East 68th Street
Cleveland, Ohio 44103-1729

Carl Bartlett (pro se)
25731 Farringdon Avenue
Euclid, Ohio 44132-1867
(216) 470-3919
cobartlettjr@aol.com

2